UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| **LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 265,** | * | Case No. 1:18-cv-00210 |
| *Plaintiff,* | * | Judge Barrett |
| v. | * | Magistrate Judge Bowman |
| | * | |
| **O'ROURKE HEAVY HIGHWAY, INC., ET AL.,** | * | **PLAINTIFF'S MOTION TO DISMISS ACTION WITH PREJUDICE** |
| *Defendants.* | * | |

Plaintiff, by and through undersigned counsel, hereby moves for dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(2). In accordance with Rule 7.3 of the Local Rules, undersigned counsel has sought consent from Defendants' counsel, and they indicated they consent to this motion.

Respectfully submitted,

MANGANO LAW OFFICES CO., LPA

s/Ryan K. Hymore
Basil W. Mangano (0066827) [Trial Attorney]
2460 Fairmount Boulevard, Suite 225
Cleveland, Ohio 44106
T: (216) 397-5844
F: (216) 397-5845
bmangano@bmanganolaw.com
    - and –
Ryan K. Hymore (0080750)
3805 Edwards Road, Suite 550
Cincinnati, Ohio 45209
T: (513) 255-5888
F: (216) 397-5845
rkhymore@bmanganolaw.com
*Counsel for Plaintiff*

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing paper has been served by email upon all counsel of record in this matter on this 7th day of June 2019.

s/Ryan K. Hymore
_____